# EXHIBIT “10”

Michael K. Erickson (12503)
Lydia A. Rytting (18532)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
merickson@rqn.com
lrytting@rqn.com

Shaoyi Che (*pro hac vice*)
Tianqin Zhao (*pro hac vice*)
Zhiyu Liang (*pro hac vice*)
**YOUNGZEAL LLP**
9355 John W. Elliot Dr., Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
zhao@yzlaw.com
zhiyu.liang@yzlaw.com
che@yzlaw.com

*Attorneys for Plaintiffs & Counterclaim Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Kohree LLC, a North Carolina Limited Liability Company; Shenzhen Time Fortress Technology Co., Ltd., a Chinese Limited Liability Company; ningboyikemosigongyinglianyouxiangongsi, a Chinese Limited Liability Company; Dongguanshixinggankejiyouxiangongsi, a Chinese Limited Liability Company; and Dongguan Zhantai Metal Products Co., Ltd., a Chinese Limited Liability Company,<br><br>*Plaintiffs*,<br>v.<br><br>RVLock & Co., LLC, a Utah Limited Liability Company,<br><br>*Defendant.* | **DECLARATION OF ZHANYAN DU IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No.: 1:25-cv-00067<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Cecilia M. Romero |
| RVLock & Co., LLC, a Utah Limited Liability Company,<br><br>*Counterclaimant,*<br>v.<br><br>Kohree LLC, a North Carolina Limited Liability Company; Shenzhen Time Fortress Technology Co., Ltd., a Chinese Limited Liability Company; ningboyikemosigongyinglianyouxiangongsi, a Chinese Limited Liability Company; Dongguanshixinggankejiyouxiangongsi, a Chinese Limited Liability Company; and Dongguan Zhantai Metal Products Co., Ltd., a Chinese Limited Liability Company,<br><br>*Counterclaim Defendants.* | |

I, Zhanyan Du, hereby declare as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on business records that were made at the time during the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am over eighteen (18) years of age and am legally competent to make this declaration, which is true and correct, based on my personal knowledge, and is made voluntarily and not under duress.

3. I am the CEO of Kohree LLC, a North Carolina LLC ("Kohree").

***Products and Sales on Amazon***

4. Founded in 2014, our company sells a series of premium RV parts and accessories, including door locks, surge protectors, and water systems.

5. Our business has been operating on Amazon for over ten years. Our company has been structured specifically for operating on Amazon. Our products were designed based on market analysis of consumers shopping on Amazon. Our operations team is specifically trained in operating on Amazon.

6. We have established an excellent brand reputation and have maintained 100% positive feedback on our Amazon storefront. Customers and online reviewers have praised Kohree's door locks for their effectiveness, ease of assembly, and durability, which surpass those of competitor products. We have worked hard, with years of effort, to build our brand reputation. We have constantly invested significant time and resources in developing new products, aiming to provide quality products for US consumers.

7. Over the past few years, Kohree has made significant gains and has grown its market share. Kohree's gains have been mainly enabled through Kohree's business engagement with Amazon.

***The Accused Products***

8. On April 29, 2025, we received a notice from Amazon stating that our product listing, ASIN B0DM58ZB9N, was removed because Defendant RVLock filed an infringement report against our product (the "Accused Product").

9. The Accused Product is a premium electronic lock. We developed this lock together with our manufacturer, Dongguan Zhantai Metal Product Co., Ltd., located at 25 Xiangrong Road, 1-103, Dongguan, Guangdong, China.

10. We also applied for a US Utility Patent for our lock mechanism, U.S. Publication Number US2024328214A1.

11. We began developing the Accused Product as early as 2023, investing over $450,000 in the development process. As the peak season, including Amazon Prime Day on July 8–11, 2025, approached, we purchased and co-manufactured inventory worth over $500,000, which we planned to sell on Amazon.

***Marketing Efforts on Amazon***

12. Our company almost exclusively markets and sells our recreational vehicle door lock products on the Amazon.com platform.

13. Amazon has such a huge market share in the United States that we have limited alternative means to sell elsewhere. In fact, our business is structured to focus on doing

business on Amazon. Most, if not all, of our employees are experienced and specialized in managing sales on Amazon.

14. Amazon utilizes a complex algorithm that determines the visibility and ranking of a product listing. The Amazon algorithm takes into account several key factors, including sales performance, promotional spending, seller ratings, and consumer reviews.

15. Based on my experience, assuming all other product specifications are the same, the one that appears at the top of a consumer's search list tends to sell better.

16. Therefore, Kohree invested significant time and resources in Amazon advertisements to promote our listings.

***Procedural History with Amazon***

17. On July 7, 2025, Amazon reinstated our ASINs following our submission of a non-infringement opinion letter. We subsequently invested tremendous time and resources in recovering our market shares, including increased spending on Amazon advertising services, increased orders from manufacturers, and increased shipment to Amazon's FBA warehouse, in preparation of the peak season of 2025.

18. However, on September 24, 2025, Amazon again removed our ASINs without notice.

19. Amazon has told us that to reinstate our selling privileges, we must either (1) obtain a court order, or (2) have the patent owner retract the infringement report.

20. RVLock, as the patent owner, has refused to retract the report.

21. We then sought emergency relief through an arbitration proceeding against Amazon, pursuant to the terms of the Amazon Services Business Solutions Agreement. The emergency arbitrator denied our petition for emergency relief.

22. In February 2026, we offered to forego filing a motion for preliminary injunction if RVLock would agree to use an Amazon's Patent Evaluation Express ("APEX") proceeding to determine the likelihood of infringement, but RVLock declined our request to utilize an APEX proceeding as a substitute for this motion.

***Irreparable Harm***

23. Our business will suffer irreparable harm and may not be able to see the day of judgment if our ASINs cannot be reinstated.

24. RVLock's complaints and Amazon's subsequent delisting have effectively shut down our primary sales channel; damaged our customer relationships, marketplace positioning, and brand goodwill; and threatened our Amazon account status.

25. Since our listing was removed on April 29, 2025, the ranking of our product listing has been dropping daily because sales stopped, which significantly affected the Amazon algorithm. This has caused tremendous damage to our business that is difficult to ascertain or quantify. We continue to lose market share.

26. The second removal caused even more significant harm to our business because of the increased effort we spent after the first removal.

27. The delisting resulted in loss of accumulated search visibility, keyword rankings, customer traffic, and historical performance metrics on the Amazon platform. A true

and correct copy of records of keyword trends is attached hereto as **Exhibit 1**; a true and correct copy of an email we received from a consumer looking to buy another one of our products, but unable to find our listing anymore is attached hereto as **Exhibit 2**.

28. Consequently, competing products replaced Kohree's listings in search results and recommendation placements. Because these performance metrics and rankings are built over time and directly influence product discoverability and conversion, Kohree may not be able to regain its prior market position even if the products are reinstated following the resolution of the litigation.

29. Defendant's unsubstantiated infringement complaint has also resulted in an infringement violation record on our account. This incident has caused significant damage to our brand reputation and continues to irreparably harm our business relationship with Amazon. Specifically, Amazon has a two-strike policy that may suspend a selling partner's account if the selling partner has repeated policy violations. Because of RVLock's baseless accusations of patent infringement against two of our ASINs, our account has been marked with repeated IP violations and may be suspended at any minute. If this happens, our entire business will collapse after 11 years of hard work and success.

30. From my experience operating a reputable business on Amazon, I have never had a product taken down because of a report for utility patent infringement. This is specifically because we devote significant efforts to developing our own patented products.

31. We have made comprehensive plans to market our RV Lock products to offline stores such as Target, Walmart, and other RV dealers and retailers. However, almost all of them look for a successful online presence as a prerequisite for partnerships. With our products removed from Amazon, it also significantly undermined the trust between our other business partners and us.

32. In addition, Kohree began development of the RV smart lock project in collaboration with our manufacturer in 2022 and, over approximately three years, conducted market research, assembled a dedicated cross-functional team, and worked with external suppliers to develop the product and resolve key technical challenges. We made significant efforts to market compliance to ensure that our product does not infringe on other people's patents. If the product listings cannot be restored and the product cannot return to the market, Kohree will be unable to sustain this specialized team, and the technical expertise, operational experience, and collaborative efficiencies developed over the course of the project would be permanently lost, adversely affecting the Company's long-term innovation capacity. A true and correct copy of our business plan is attached hereto as **Exhibit 3**. This loss is impossible to quantify in money.

33. In particular, because the delisting has eliminated the primary revenue source of our RV Lock projects, Kohree faces the risk of dissolving the core project team responsible for this product line in order to maintain overall business operations. A true and correct copy of an internal notice is attached hereto as **Exhibit 4**. The potential dissolution of this team would result in the loss of specialized personnel and accumulated institutional

knowledge developed over several years, which cannot be readily replaced. This loss is impossible to quantify in money.

34. We sincerely request that this Court grant Plaintiffs' motion so that our product listings can be reinstated, which is the only measure that can prevent irreversible harm to our business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2026

Zhanyan Du

**Zhanyan Du**

1738502

# EXHIBIT 1


Keyword Trends
kohree rv door lock
Independent View
Overall View
Start of week
End of week
52 weeks
104 weeks
2025-06-29 ~ 2025-07-05
2025-12-28 ~ 2026-01-03
关键词排名
周搜索量
2025-06-29 ~ 2025-07-05
2025-07-20 ~ 2025-07-26
2025-08-10 ~ 2025-08-16
2025-08-31 ~ 2025-09-06
2025-09-21 ~ 2025-09-27
2025-10-12 ~ 2025-10-18
2025-11-02 ~ 2025-11-08
2025-11-23 ~ 2025-11-29
2025-12-14 ~ 2025-12-20

# EXHIBIT 2

se

Jason Oct 7, 2025

Inquiry from Amazon customer Jason(Order: 111-7216825-1853032)

Resolved

Jason See all communication with this buyer

United States | Eng

Topic: Other - Buyer Question

Resolved on Oct 7, 20

Oct 6, 2025 3:55 AM

I would like to know where i can get more of this item. I ordered one to try it out to see the function, and it is perfect! Now I need 5 more and cannot find any. Can you help or give me an idea when they will be back in stock? Thanks so much!!!

Oct 7, 2025 11:11

# Kohree LLC Commercial Planning

| Product Roadmap / Planned Launch Schedule | 2022-2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| **Product Variants** | 规划了 3 年内开发出 7 款不同功能的产品 | | | | |
| **Keypad + Remote Control Variant** | |  | | | |
| **Fingerprint Variant** | |  | | | |
| **App-Controlled Variant** | |  |  | | |
| **IC Card Variant** | | | |  | |
| **Facial Recognition Variant** | | | |  | |
| **Handle-Free Variant** | | | | |  |

KOHREE LLC
4030 Wake Forest Road, Ste 349 Raleigh, NC 27609
Email:service@kohree.com
www.kohree.com

**Internal Notice: Adjustment of RV Smart Lock Business and Related Arrangements**
**内部通告：关于房车智能锁业务调整及相关安排的通知**

**To:** RV Smart Lock Project Team
**致：**房车智能锁项目组

## I. Background/情况说明

Due to the suspension of our RV smart lock products on the Amazon platform, sales of the smart lock business have come to a standstill. While the management team has made extensive efforts to communicate and coordinate with relevant parties, a resumption of sales is not expected in the near term. As a result, the Company has decided to:
近期，由于我们的房车智能锁产品在亚马逊平台被暂停销售，智能锁整体销售业务已陷入停滞状态。公司管理层虽已全力沟通与协调，但短期内仍无法恢复销售。受此影响，公司决定：

1. **Temporarily suspend the smart lock sales business; and**
   **智能锁销售业务暂停运营；**
2. **Place all related new product research and development projects on hold.**
   **相关新产品的研发项目暂时中止。**

## II. Subsequent Arrangements/后续安排

Based on the current business situation, the Company must implement the following measures:
基于当前业务状况，公司不得不做出以下调整：

- If conditions do not improve, all employees assigned to the RV smart lock project will be placed on **an unpaid leave** status following the conclusion of the Spring Festival holiday. During this period, the employment relationship will be maintained, but salary and benefits will be suspended.
  如情况持续无改善，所有与房车智能锁项目相关的员工，将于春节假期结束后进入“停薪留职”状态。**停薪留职期间**，公司保留劳动关系，但暂停发放薪酬及福利。
- During the unpaid leave period, should an employee secure alternative employment, the Company will cooperate in facilitating an early termination of the employment relationship and assist with the necessary separation procedures.
  停薪留职期间，如员工主动寻找到新的工作机会，公司承诺将积极配合，提前解除劳动合同，并协助办理相关离职手续。

## III. Commitments/公司承诺

The Company fully understands the impact these adjustments may have on affected employees and makes the following commitments:
公司充分理解这一调整对相关员工带来的影响，并郑重承诺：

- To provide reasonable professional assistance where possible, including reference letters or employment verification documents; and
  将尽力为受影响员工提供必要的职业协助（如推荐信、证明文件等）；
- To give priority consideration to affected employees should the business recover or suitable internal transfer opportunities arise in the future.
  如未来业务恢复或有内部转岗机会，将优先考虑安排受影响员工回归。

## IV. Communication and Support/沟通与支持

The management team will arrange dedicated meetings in the coming days to conduct one-on-one discussions with affected employees, explain the arrangements in detail, and address any questions or concerns. For urgent matters, please contact the Human Resources Department at HR@kohree.com or +86 138 2843 7374.
公司管理层将于近日安排专项会议，与受影响部门员工进行一对一沟通，详细说明安排并解答疑问。如有紧急问题，可联系人力资源部（邮箱：HR@kohree.com；电话：+86 1382843 7374）。

As the New Year approaches, the Company extends its sincere holiday greetings to all employees and expresses its heartfelt appreciation for your dedication and efforts during this challenging period.
值此元旦佳节来临之际，向大家致以诚挚的节日问候。公司衷心感谢每一位员工在这一阶段的坚守与付出。

The Company will continue to explore business transformation opportunities and will keep all employees informed of any significant developments. We appreciate your understanding and encourage everyone to remain confident as we work through this period together.
公司将继续探索业务转型与新机会，并随时向全员通报最新进展。希望大家保持信心，携手共渡难关。

Thank you for your understanding and cooperation.
感谢大家的理解与配合。

Management Team
公司管理层
December 31, 2025
2025 年 12 月 31 日